**ALLVOICE COMPUTING PLC,**
**Plaintiff–Appellant,**

v.

**L & H HOLDINGS USA, INC. (formerly known as Dragon Systems, Inc.),**
**Defendant–Appellee.**

No. 00–1428.

United States Court of Appeals,
Federal Circuit.

April 9, 2001.

Before MICHEL, BRYSON, and LINN, Circuit Judges.

*Judgment*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.